# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| LLOYD HACHAT, individually and on behalf of all other Ohio residents similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No.: 1:20-cv-00316 |
| v. ) ) | Judge Solomon Oliver, Jr. |
| METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, ) ) ) ) ) | Magistrate Judge: David A. Ruiz |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Lloyd Hachat and Defendant Metropolitan Group Property and Casualty Insurance Company (collectively, the "Parties") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) give notice that Plaintiff hereby voluntarily dismisses all of his claims against Metropolitan Group Property and Casualty Insurance Company without prejudice.

Respectfully submitted this 24th day of January, 2022.

*/s/ Erik Peterson*
Erik D. Peterson
MEHR, FAIRBANKS & PETERSON
Ste. 800
201 West Short Street
Lexington, KY 40507
859-225-3731
edp@austinmehr.com

Stephen G. Whetstone
Ste. 2
2 North Main Street
P.O. Box 6
Thornville, OH 43076
740-785-7730
steve@whetstonelegal.com

Attorneys for Plaintiff

*/s/ Gregory Farkas*
Gregory R. Farkas
FRANTZ WARD LLP
200 Public Square
Suite 3000
Cleveland, Ohio 44114
gfarkas@frantzward.com

Mark L. Hanover *pro hac vice*
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
mark.hanover@dentons.com

Attorneys for Defendant Metropolitan Group Property and Casualty Insurance Company

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
1/25/2022